**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 17-1816**

_____

CARSTON CARRELL WOODSON,

Plaintiff - Appellant,

v.

UNITED STATES OF AMERICA,

Defendant - Appellee.

_____

**No. 17-1817**

_____

CARSTON CARRELL WOODSON,

Plaintiff - Appellant,

v.

UNITED STATES OF AMERICA,

Defendant - Appellee.

_____

**No. 17-1818**

_____

CARSTON CARRELL WOODSON,

Plaintiff - Appellant,

v.

UNITED STATES OF AMERICA,

Defendant - Appellee.

**No. 17-1819**

CARSTON CARRELL WOODSON,

Plaintiff - Appellant,

v.

UNITED STATES OF AMERICA,

Defendant - Appellee.

**No. 17-1821**

CARSTON CARRELL WOODSON,

Plaintiff - Appellant,

v.

UNITED STATES OF AMERICA,

Defendant - Appellee.

_____

**No. 17-1822**
_____

CARSTON CARRELL WOODSON,

               Plaintiff - Appellant,

     v.

UNITED STATES OF AMERICA,

               Defendant - Appellee.

_____

**No. 17-1825**
_____

CARSTON CARRELL WOODSON,

               Plaintiff - Appellant,

     v.

UNITED STATES OF AMERICA,

               Defendant - Appellee.

_____

**No. 17-1826**
_____

CARSTON CARRELL WOODSON,

               Plaintiff - Appellant,

     v.

UNITED STATES OF AMERICA,

               Defendant - Appellee.

3

Appeals from the United States District Court for the Eastern District of Virginia, at Richmond. Robert E. Payne, Senior District Judge. (3:17-cv-00185-REP; 3:17-cv-00186-REP; 3:17-cv-00187-REP; 3:17-cv-00188-REP; 3:17-cv-00189-REP; 3:17-cv-00190-REP; 3:17-cv-00191-REP; 3:17-cv-00192-REP)

Submitted: November 16, 2017                Decided: January 8, 2018

Before MOTZ, THACKER, and HARRIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Carston Carrell Woodson, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Carston Carrell Woodson appeals the district court's orders dismissing with prejudice his complaints under the Federal Torts Claims Act, 28 U.S.C. §§ 2671-80 (2012), for failure to comply, by a specified deadline, with the court's orders to pay the filing fees and to file amended complaints in compliance with Fed. R. Civ. P. 8. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Woodson v. United States*, Nos. 3:17-cv-00185-REP; 3:17-cv-00186-REP; 3:17-cv-00187-REP; 3:17-cv-00188-REP; 3:17-cv-00189-REP; 3:17-cv-00190-REP; 3:17-cv-00191-REP; 3:17-cv-00192-REP (E.D. Va., July 11, 2017). We grant Woodson leave to proceed in forma pauperis, and deny his motions to deconsolidate his eight nearly identical cases, his motions for default judgment, and his motions to vacate final district court order. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*